**LLOYD S. MULVEY INC. TRUST, an irrevocable family trust dated August 31, 1990, Lipscomb, Trustee, Plaintiff,**

**v.**

**Dawn Lee YOUNG; et al., Defendants.**

**Chase Bank of Texas, N.A., Intervenor,**

**v.**

**Leo F. Burger, Defendant in Intervention—Appellant.**

**No. 01–56235.**
**D.C. No. CV–01–03564–FMC.**

United States Court of Appeals, Ninth Circuit.

Submitted June 10, 2002.*

Decided June 17, 2002.

---

* This panel unanimously finds this case suitable for decision without oral argument and denies Burger's request for oral argument. *See* Fed. R.App. P. 34(a)(2).

Before O'SCANNLAIN, BERZON, and RAWLINSON, Circuit Judges.

MEMORANDUM**

Leo Burger appeals pro se the district court's dismissal of a California state unlawful detainer action Burger attempted to remove after the state court dismissed the action. We have jurisdiction pursuant to 28 U.S.C. § 1291.

We affirm the district court's dismissal because Burger cannot remove a case that is no longer pending in the state court. *See Ristuccia v. Adams,* 406 F.2d 1257, 1258 (9th Cir.1969) (per curiam).

We deny Burger's request for leave to file a supplemental brief.

**AFFIRMED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.